FILED '08 NOV 17 14:02 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MIKHAIL MAKARCHUK,   Case No. 07-1301-HO

      Plaintiff,   JUDGMENT

  v.

Commissioner of Social Security,

      Defendant.

The decision of the Commissioner is affirmed.

DATED this 17th day of November, 2008.

Michael R. Hogan
United States District Judge